148 So. 911

**Adgie Mae ALLEN v. John B. ALLEN.**

6 Div. 258.

Supreme Court of Alabama.

March 16, 1933.

Rehearing Denied May 25, 1933.

H. M. Abercrombie and Jarrett Abercrombie, both of Birmingham, for appellant.

J. Wiley Logan and William Vaughan, both of Birmingham, for appellee.

BROWN, Justice.

Affirmed.

ANDERSON, C. J., and THOMAS and KNIGHT, JJ., concur.

148 So. 911

**Dove, alias Dovie, BALLARD v. STATE.**

3 Div. 39.

Supreme Court of Alabama.

June 8, 1933.

Powell & Hamilton, of Greenville, for appellant.

Thos. E. Knight, Jr., Atty. Gen., and Jas. L. Screws, Asst. Atty. Gen., for the State.

See, also, 225 Ala. 202, 142 So. 668.

PER CURIAM.

It being made known to the court that the appellant has died since the appeal was taken, it is ordered that the appeal be, and the same is hereby, abated.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.

149 So. 921

**Ira C. BALLARD et al. v. O. A. STEELE, Judge.**

7 Div. 214.

Supreme Court of Alabama.

June 29, 1933.

David C. Byrd, of Gadsden, for petitioner.

PER CURIAM.

Rule nisi denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.

150 So. 919

**J. G. BROWN v. FEDERAL LAND BANK OF NEW ORLEANS.**

4 Div. 733.

Supreme Court of Alabama.

Oct. 26, 1933.

PER CURIAM.

Appeal dismissed by appellant.

148 So. 911

**BROWN FUNERAL HOMES & INS. CO. v. Chas. C. GREER, Superintendent of Insurance.**

3 Div. 44.

Supreme Court of Alabama.

May 25, 1933.

PER CURIAM.

Appeal dismissed by appellant.